1 ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
2 93 S. Chestnut Street, Suite 208
Ventura, California 93001
3 Telephone: (805) 653-7937
Facsimile: (805) 653-7225
4 E-Mail: andrewtkoenig@hotmail.com

5 Attorney for Plaintiff Gloria Rosales

6

7

8
                    UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
                        WESTERN DIVISION
10

11 GLORIA ROSALES ,                    )    CASE NO. CV 17-02521-SHK
                                       )
12                                     )
        Plaintiff,                     )    [PROPOSED] ORDER
13                                     )    AWARDING ATTORNEY'S
        v.                             )    FEES AND COSTS PURSUANT
14                                     )    TO THE EQUAL ACCESS TO
                                       )    JUSTICE ACT, 28 U.S.C.
15 NANCY A. BERRYHILL,                 )    § 2412(d)
   ACTING COMMISSIONER OF             )
16 SOCIAL SECURITY,                    )
                                       )
17      Defendant.                     )
   _____)
18

19      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20 IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

21 Justice Act in the amount of TWO-THOUSAND THREE-HUNDRED TWELVE

22 DOLLARS and 21 CENTS ($2,312.21), subject to the terms of the Stipulation.

23 Dated: 12/27/2017

24                                    _____
                                      HONORABLE SHASHI H. KEWALRAMANI
25                                    United States Magistrate Judge

26

27

28

                                      1